In the Matter of the Application of CHARLES O. GUNTHER for the Revocation of Letters of Administration Heretofore Granted to JOSEPHINE G. MANSKE on the Estate of OTTO GUNTHER, Deceased.

In the Matter of the Judicial Settlement of the Accounts of JOSEPHINE G. MANSKE, as Former Administratrix of the Estate of OTTO GUNTHER, Deceased, Appellant; CHARLES O. GUNTHER et al., Respondents.

*Matter of Gunther*, 140 App. Div. 861, affirmed.
(Argued May 31, 1911; decided June 16, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 18, 1910, which affirmed a decree of the Kings County Surrogate's Court sustaining objections to the account of the former administratrix of the estate of Otto Gunther, deceased.

*Emanuel J. Myers* and *Edward C. Graves* for appellant.

*Joseph Ullman* for respondents.

Order affirmed, with costs; no opinion
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.